UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-457 (MJD/JGL)


UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )  **ORDER**
                               )
         v.                    )
                               )
                               )
DEMPSEY ANTONIO BROWN,         )
                               )
         AND                   )
                               )
BRANDON GULLEDGE               )
 a/k/a Marcus Dwayne           )
         Edwards               )
                               )
              Defendant.       )



        Having reviewed and considered the United States' Motion to file

its  Opposition  to  defendants'  objections  to  the  Report  and

Recommendation out of time, and based upon all the records and files

herein,

        IT IS HEREBY ORDERED that the United States' Motion is GRANTED;

AND

        that the United States will be permitted to file its Opposition

on May 24, 2005.



Dated:May 31, 2005          s/ Michael J. Davis
                            JUDGE MICHAEL J. DAVIS
                            United States District Court