# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

————————————————————————————————————————————————————

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       **ORDER**
                                         Criminal File No. 04-457 (MJD/JGL)

(1) DEMPSEY ANTONIO BROWN and
(2) BRANDON GULLEDGE a/k/a
MARCUS DWAYNE EDWARDS,

        Defendants.

————————————————————————————————————————————————————

Pursuant to the Court's Order dismissing the Indictment in this matter, **IT IS HEREBY ORDERED**:

The United States Marshals shall immediately release Defendants Dempsey Antonio Brown and Brandon Gulledge from custody.

Dated: August 17, 2005                    s/ Michael J. Davis
                                          Judge Michael J. Davis
                                          United States District Court